David L. NARVER, Jr. and Margaret B. Narver, et al., Petitioners-Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

No. 81–7037.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 2, 1982.

Decided March 3, 1982.

William M. Schindler, Luce, Forward, Hamilton & Scripps, San Diego, Cal., for petitioners-appellants.

Robert S. Pomerance, Washington, D. C., argued for respondent-appellee; John F. Murray, Michael L. Paup, M. Carr Ferguson, Richard Farber, Stephen J. Gray, Washington, D. C., on brief.

Before ELY, HUG and ALARCON, Circuit Judges.

PER CURIAM:

The well reasoned opinion of the Tax Court is reported in *Narver v. Commissioner*, 75 T.C. 53 (1980). The facts are clearly set forth in that opinion, and we affirm essentially for the reasons set forth in that opinion.